**Todd M. Friedman, Esq. (216752)**
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
**369 S. DOHENY DR. #415**
**BEVERLY HILLS, CA 90211**
**877 206-4741**
**866 633-0228 facsimile**
**tfriedman@AttorneysForConsumers.com**
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES MCKAIN,** | Case No. C09-04689 |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| **VALENTINE & KEBARTAS, INC.,** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Northern District Court of California, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 26th day of October, 2009.

By: **s/Todd M. Friedman**
       **Todd M. Friedman, Esq.**
       **Attorney for Plaintiff**

Notice of Dismissal - 1

Filed electronically on this 26th day of October, 2009, with:

United States District Court CM/ECF system

And hereby served upon all parties

By: s/Todd M. Friedman
     Todd M. Friedman